United States District Court
Eastern District of Michigan

APR 27 2009

CLERK'S OFFICE
DETROIT

Eugene Szymanski,
                Petitioner,

V.                                          Case No. 05-10241

                                            Honorable David M. Lawson

Paul Renico,
                Respondent,


### Motion To Court's Order To Show Cause Why Petitioner's Habeas Petition Should Not Be Dismissed

The Petitioner, Eugene Szymanski, pro se, moves this Court not to dismiss his petition because he has filed an Application for Leave to Appeal and Proper Supplemental Application for Leave to Appeal. See enclosed Proof Of Service Of January 21, 2009, by Randy E. Davidson.

For these reasons, Petitioner asks that his petition not be dismissed.

Respectfully submitted,

Eugene Szymanski #103022
Carson City Corr Facility
P.O. Box 5000
Carson City, MI 48811-5000